## STATE OF CONNECTICUT *v.* LAWRENCE BUELL
### (8552)

SPALLONE, DALY and NORCOTT, Js.

Argued June 14—decision released June 27, 1990

*D. Kirt Westfall,* with whom, on the brief, were *John R. Williams, Sue L. Wise,* and *David B. Bachman,* for the appellant (defendant)

*Susan C. Marks,* assistant state's attorney, with whom, on the brief, was *Michael Dearington,* state's attorney, for the appellee (state).

PER CURIAM. The defendant in this appeal complains that the trial court lacked the authority to impose a sentence for the original offense that ran consecutive to the sentence for the subsequent offense[1] and, that in doing so, the trial court violated his federal and state constitutional rights against double jeopardy.

In essence, the defendant claims that the trial court could not impose a sentence for a probation violation consecutive to a sentence he was then serving. This claim is without merit. This court has held to the contrary. See, e.g., *State* v. *Ryerson,* 20 Conn. App. 572, 576, 570 A.2d 709 (1990); *State* v. *Gaskin,* 7 Conn. App. 131, 135, 508 A.2d 40 (1986).

The judgment is affirmed.

---

[1] The record reveals that the defendant had fled the jurisdiction at the time of sentencing and was sentenced in absentia.